**No. 55188.**—Far Eastern Importex, Inc., et al. *v.* United States, protests 165621–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.